Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Rittu Kumar, State Bar No. 221855
E-Mail: rkumar@hurrellcantrall.com
Mai T. Nguyen, State Bar No. 222010
E-Mail: mnguyen@hurrellcantrall.com
HURRELL CANTRALL LLP
660 South Figueroa Street, 21st Floor
Los Angeles, California 90017-3442
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants COUNTY OF LOS ANGELES, MICHAEL GENNACO and LEE BACA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO FRANCO,<br><br>　　Plaintiff,<br><br>v.<br><br>MICHAEL GENNACO, COUNTY OF LOS ANGELES, LEE BACA, DEPUTY CHANG, DEPUTY CORDOVA, DEPUTY PIMENTAL, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　Defendants. | CASE NO. CV09-00893 VBF (FFMx)<br><br>[Assigned to Judge Valerie Baker Fairbank - Courtroom "9"]<br><br>[PROPOSED] JUDGMENT ON ORDER GRANTING DEFENDANT MICHAEL GENNACO'S MOTION FOR SUMMARY JUDGMENT<br><br>Date: October 26, 2009<br>Time: 1:30 p.m.<br>Place: Courtroom 9<br><br>Trial Date: August 24, 2010 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The Motion for Summary Judgment on behalf of defendant MICHAEL GENNACO came on regularly for hearing on October 26, 2009 at 1:30 p.m. in Courtroom "9" of the above-entitled Court, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered.

IT IS ORDERED AND ADJUDGED that:

(1)　Plaintiff ALEJANDRO FRANCO take nothing against defendant MICHAEL GENNACO and that the action be dismissed on the merits as to

1 | defendant MICHAEL GENNACO.

2 |     (2)    Defendant MICHAEL GENNACO shall have judgment entered
3 | forthwith as requested in said motion in favor of himself and against plaintiff
4 | ALEJANDRO FRANCO.

5 |     (3)    Defendant MICHAEL GENNACO shall be entitled to costs pursuant to
6 | *Federal Rules of Civil Procedure*, Rule 54.

9 | DATED: **February 2, 2010**

*Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
United States District Judge

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 660 South Figueroa Street, 21st Floor, Los Angeles, California 90017-3442.

On October 1, 2009, I served true copies of the following document(s) described as **[PROPOSED] JUDGMENT ON GRANTING DEFENDANT MICHAEL GENNACO'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dneff@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 1, 2009, at Los Angeles, California.

Diane Neff

**SERVICE LIST**
**Alejandro Franco v. Michael Gennaco, et al.**
**Case No. CV09-00893 VBF (FFMx)**

| | |
|---|---|
| Arnoldo Casillas, Esq.<br>Daniel W. Gillette, Esq.<br>MORENO, BECERRA & CASILLAS<br>3500 West Beverly Blvd.<br>Montebello, CA 90640-1541<br>Telephone: (323) 725-0917<br>Fax: (323) 725-0350 | *Attorneys for Plaintiff* |
| Deborah B. Schild, Esq.<br>GREEN & SHINEE<br>16055 Ventura Blvd., Suite 1000<br>Encino, CA 91436-2680<br>Telephone: (818) 986-2440<br>Facsimile: (818) 789-1503 | *Attorneys for DEPUTY ANTHONY PIMENTAL, DEPUTY KRIS CORDOVA and DEPUTY DAVID CHANG* |

HURRELL CANTRALL LLP
660 SOUTH FIGUEROA STREET, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90017-3442
TELEPHONE (213) 426-2000

--