1  Thomas C. Hurrell, State Bar No. 119876
   E-Mail: thurrell@hurrellcantrall.com
2  Rittu Kumar, State Bar No. 221855
   E-Mail: rkumar@hurrellcantrall.com
3  Dorothy Hassarman, State Bar No. 254025
   E-Mail: dhassarman@hurrellcantrall.com
4  HURRELL CANTRALL LLP
   660 South Figueroa Street, 21st Floor
5  Los Angeles, California 90017-3442
   Telephone: (213) 426-2000
6  Facsimile: (213) 426-2020

7  Attorneys for Defendant COUNTY OF LOS ANGELES

8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 ALEJANDRO FRANCO,                    CASE NO. CV09-00893 VBF (FFMx)

12         Plaintiff,                   [Assigned to Judge Valerie Baker
                                         Fairbank - Courtroom "9"]
13      v.
                                        ~~[PROPOSED]~~ JUDGMENT ON
14 MICHAEL GENNACO, COUNTY OF           ORDER GRANTING DEFENDANT
   LOS ANGELES, LEE BACA,               COUNTY OF LOS ANGELES'
15 DEPUTY CHANG, DEPUTY                 MOTION FOR SUMMARY
   CORDOVA, DEPUTY PIMENTAL,            JUDGMENT
16 AND DOES 1 THROUGH 10,
   INCLUSIVE,                           Date:   July 12, 2010
17                                      Time:   1:30 p.m.
           Defendants.                  Place:  Courtroom 9
18
                                        Trial Date:  August 24, 2010
19

20 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

21      The Motion for Summary Judgment, or in the alternative, Summary

22 Adjudication on behalf of defendant COUNTY OF LOS ANGELES came on

23 regularly for hearing on July 12, 2010 at 1:30 p.m. in Courtroom "9" of the above-

24 entitled Court, and the evidence presented having been fully considered, the issues

25 having been duly heard and a decision having been duly rendered.

26      IT IS ORDERED AND ADJUDGED that:

27      (1)    Plaintiff ALEJANDRO FRANCO take nothing against defendant

28 COUNTY OF LOS ANGELES and that the action be dismissed on the merits as to

HURRELL CANTRALL LLP
660 SOUTH FIGUEROA STREET, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90017-3442
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
660 SOUTH FIGUEROA STREET, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90017-3442
TELEPHONE (213) 426-2000

1  defendant COUNTY OF LOS ANGELES.

2       (2)    Defendant COUNTY OF LOS ANGELES shall have judgment entered

3  forthwith as requested in said motion in favor of himself and against plaintiff

4  ALEJANDRO FRANCO.

5       (3)    Defendant COUNTY OF LOS ANGELES shall be entitled to costs

6  pursuant to *Federal Rules of Civil Procedure*, Rule 54.

7

8

9  DATED:  July 6, 2010

10

11  _____

12  Hon. Valerie Baker Fairbank
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28