JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEJANDRO FRANCO,

Plaintiff,

v.

DEPUTY CHANG, ET AL.,

Defendants.

**CASE NO: CV09 - 893 VBF (FFMx)**

**JUDGMENT**

This action came on regularly for trial in Courtroom "9" of the United States District Court for the Central District of California before the Honorable Valerie Baker Fairbank, United States District Judge.

A jury of eight (8) persons were regularly empaneled and sworn on August 24, 2010. Witnesses were sworn and testified, and documentary evidence was introduced and admitted into evidence.

After hearing, the evidence, and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a Special Verdict. The jury of eight (8) jurors deliberated and thereafter returned to the Court the following unanimous verdict regarding the above-mentioned case:

////

////

- against defendant Davie Chang, in the amount of $35,000 in economic damages, $50,000 in non-economic damages, and $50,000 in punitive damages;
- against defendant Anthony Pimental, in the amount of $35,000 in economic damages, $50,000 in non-economic damages, and $50,000 in punitive damages; and,
- against defendant Kris Cordova, in the amount of $35,000 in economic damages, $50,000 in non-economic damages, and $50,000 in punitive damages;

Therefore, this court issues its judgment as follows:

IT IS HEREBY ORDERED, DECREED AND ADJUDGED that Defendant DAVIE CHANG shall pay plaintiff ALEJANDRO FRANCO $35,000 in economic damages, $50,000 in non-economic damages and $50,000 in punitive damages;

IT IS FURTHER ORDERED, DECREED AND ADJUDGED that Defendant ANTHONY PIMENTAL shall pay plaintiff ALEJANDRO FRANCO $35,000 in economic damages, $50,000 in non-economic damages and $50,000 in punitive damages;

IT IS FURTHER ORDERED, DECREED AND ADJUDGED that Defendant KRIS CORDOVA shall pay plaintiff ALEJANDRO FRANCO $35,000 in economic damages, $50,000 in non-economic damages and $50,000 in punitive damages;

IT IS FURTHER ORDERED, DECREED AND ADJUDGED that the Plaintiff ALEJANDRO FRANCO be entitled to recover post-judgment interest from each Defendant, under 28 U.S.C. §1961;

////

////

AND IT IS FURTHER ORDERED, DECREED AND ADJUDGED that this order shall be amended, if necessary, to reflect any amount awarded as recoverable costs and attorney's fees.

Dated: September 28, 2010

Valerie Baker Fairbank

**HONORABLE VALERIE BAKER FAIRBANK**
United States District Judge