UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO FRANCO,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL GENNACO *et al.*,<br><br>   Defendants. | No. LA CV 09-00893 VBF-FFMx<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation Re: Plaintiff/Creditor's Objections to Defendants/ Debtors' Claims of Exemption.  Neither plaintiff nor defendants/judgment debtors have filed any written Objections to the Report.  The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the objections of plaintiff/creditor to defendants/debtors' claims of exemption are denied in part as follows:

(1) Defendants/debtors' claims of exemption based on California Code of Civil Procedure sections 706.050 and 706.051 are denied.

(2) Defendants/debtors claims of exemption based on California Code of Civil Procedure section 704.070(b)(2) are granted and denied as follows:

/ / /

    (a)    Davie Chang's claim of exemption in his OCCU savings account is granted in the amount of $782.33. His claim of exemption in his Chase account is denied.

    (b)    Gabriela Pimental's claim of exemption in her Bank of America account is granted in the amount of $356.38.

    ©    Anthony Pimental's claim of exemption in his Wells Fargo account is granted in the amount of $105.32.

    (d)    Kris Cordova's claim of exemption in his Wells Fargo account is granted in the amount of $113.42.

DATED:    March 23, 2015

*[signature: Valerie Baker Fairbank]*

VALERIE BAKER FAIRBANK
Senior United States District Judge

2