UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEJANDRO FRANCO,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL GENNACO *et al.*,<br><br>　　　　　Defendants. | No. LA CV 09-00893-VBF-FFMx<br><br>ORDER Adopting the Magistrate Judge's Report and Recommendation;<br><br>Sustaining Plaintiff/Judgment-Creditor's Objections to Defendant/Judgment-Debtor Chang's Claim of Exemption from Wage Garnishment;<br><br>Overruling Plaintiff/Judgment-Creditor's Objections to Defendant/Judgment-Debtor Cordova's Claim of Exemption from Wage Garnishment;<br><br>Denying Doc #284 (Defendant/Judgment-Debtors' Request for Hearing on Claims of Exemption from Wage Garnishment) |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation ("R&R") Re: Plaintiff/Creditor's Objections to Defendants/ Debtors' Claims of Exemption – Wage Garnishments. No party has filed any written objections to the well-reasoned R&R. The Court concurs with and accepts the findings, conclusions and recommendations of Magistrate Judge Mumm.

　　　**The objections of plaintiff/creditor to defendants/debtors' claims of exemption are sustained in part and denied in part as follows:**

(1) Plaintiff/creditor's objections to defendant/debtor Davie Chang's claim of exemption under California Civil Code section 706.051 are **SUSTAINED.** Twenty-five percent of Chang's disposable earnings per pay period is subject to levy under the earnings withholding order at issue.

(2) Plaintiff/creditor's objections to defendant/debtor Kris Cordova's claim of exemption under Section 706.051 are **DENIED**.

The Court found this matter to be suitable for disposition without oral argument. Accordingly, the Request for Hearing on Claim of Exemption from Wage Garnishments filed by defendants/judgment-debtors Chang, Cordova & Pimental **(Doc #284) is DENIED**.

DATED: August 11, 2015

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
United States District Judge